UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Robert Kleszynski,

      Plaintiff(s),      Case No. 17-12565

v.               Honorable Victoria A. Roberts

General Motors Company et al,    Magistrate Judge Anthony P. Patti


      Defendant(s).
_____/

### ORDER REGARDING REASSIGNMENT OF COMPANION CASE

  This case appears to be a companion case to Case No. __17-12185__. Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable __Bernard A. Friedman__ and Magistrate Judge __David R. Grand__.

                   s/Victoria A. Roberts
                   Victoria A. Roberts
                   United States District Judge

                   s/Bernard A. Friedman
                   Bernard A. Friedman
                   United States District Judge

  Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
  Case type: __CIVIL__

  If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.


Date: __August 11, 2017__         s/ S Schoenherr
                   Deputy Clerk


cc:  Parties and/or counsel of record
    Honorable Bernard A. Friedman